# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL SZTROM, DAVID SZTROM, and SZTROM WEATH MANAGEMENT, INC.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  3:21-cv-00086-H-RBB<br><br>**ORDER GRANTING MOTIONS TO APPROVE CONSENT JUDGMENTS**<br><br>[Doc. Nos. 42, 43, 44.] |

On January 15, 2021, Plaintiff Securities and Exchange Commission ("SEC") filed a complaint against Defendants Michael Sztrom, David Sztrom, and Sztrom Wealth Management, Inc. ("Defendants.") (Doc. No. 1.) On September 16, 2022, Plaintiff filed a motion to approve consent judgment for each of the three Defendants. (Doc. Nos. 42, 43, 44.) The Court grants these motions. The Court will enter a separate judgment consistent with the parties' agreement.

**IT IS SO ORDERED.**

DATED: October 5, 2022

　　　　　　　　　　　　　　　　　　　_/s/ Marilyn L. Huff_
　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT